FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
2011 JAN 21 AM 11:56
LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| CRESCENT TOWING AND SALVAGE CO., INC., and COOPER/T. SMITH MOORING CO., INC. | * | CIVIL ACTION NO. 11-0131 |
| | * | SECT. I MAG. 2 |
| VERSUS | * | Section " " |
| M/V AMERICANA, her engines, tackle And appurtenances, etc., *in rem* | * | Magistrate ( ) |

* * * * * * * * * * * * *

## VERIFIED ORIGINAL COMPLAINT

Plaintiffs, Crescent Towing and Salvage Co., Inc., and Cooper/T. Smith Mooring Co., Inc. (hereinafter collectively referred to as "Crescent") and files this Verified Complaint against defendant, M/V AMERICANA, *in rem* as follows:

## JURISDICTION AND VENUE

1.

This is a case of admiralty and maritime jurisdiction pursuant to 28 U.S.C. § 1333, Rule 9(h) of the Federal Rules of Civil Procedure, which includes enforcement of a maritime lien for towage pursuant to Rule C of the Supplemental Rules for Admiralty and Maritime cases.

___Fee $350.00
___Process
x Dktd
✓ CtRmDep
___Doc. No.

2.

Venue is proper in this Court because the vessel is or was within the jurisdiction of this district, the towage and mooring services were provided within the Eastern District of Louisiana.

## THE PARTIES

3.

At all materials times plaintiffs were corporations organized and existing under the laws of the State of Louisiana which operates harbor tugs and provides mooring services in the U.S. District Court for the Eastern District of Louisiana.

4.

Defendant, M/V AMERICANA was and is a Panamanian flagged vessel, IMO Number 7621932, call sign H9RC, a bulk carrier built in 1979, having a length of 224 meters, beam of 32 meters and 61,451 deadweight tons, and which presently is and will be present within the navigable waters of this district during the pendency of this litigation.

## MARTIME LIENS

5.

At various times through and including the date of this suit and possibly thereafter, Plaintiffs has provided ship assist, towage and mooring services to the M/V AMERICANA at various locations on the navigable waters of the Mississippi

River, in Louisiana, which total the sum of $125,255.00 plus charges on or after 20 January 2011. These are necessaries entitled to maritime lien status under the law. 46 USC 31301(4)

6.

An additional sum is being deposited by the Plaintiff in the amount of $250.00 as a bond for cost under Rule C as required by local rules/law.

7.

Crescent is entitled to have the Court issue a Writ of Attachment pursuant to Rule C of the Supplemental Rules for Admiralty and Maritime cases compelling the arrest of the M/V AMERICANA and that after due proceedings, recognizing its preferred maritime lien for towage and mooring services against the vessel *in rem* and condemning the vessel to be sold to satisfy said lien.

WHEREFORE, Plaintiffs pray that a Warrant of Arrest be issued compelling the U.S. Marshal to arrest the M/V AMERICANA as well as her tackle and apparel and serve a copy of this Complaint, the Order Allowing Movement and Repairs on the master and require the vessel to answer the allegations; and

That all persons claiming any title and right to the said vessel be cited to appear and answer under oath the allegations of this Complaint; and

That after due proceedings, that there be judgment entered in favor of the plaintiff and against the M/V AMERICANA, *in rem,* recognizing plaintiff's

preferred maritime lien, and for judgment *in* rem, in the amount of $125,255.00 plus services on or after 20 January, 2011 plus interest, court costs including cost of arrest in this matter.

That the M/V AMERICANA, her engines, tackle and appurtenances be condemned and sold free and clear of all liens and encumbrances to satisfy the judgment against the M/V AMERICANA, *in rem,* together with pre-judgment interest and costs.

Respectfully submitted,

PREIS & ROY

David M. Flotte (#1364)
Ezra F. Finkle (#32139)
John C. Getty (#32283)
601 Poydras Street, Suite 1700
New Orleans, LA 70130
Phone: (504) 581-6062
Facsimile: (504) 522-9129
E-Mail: dmf@preisroy.com
Attorney for Plaintiffs Crescent Towing and Salvage Co., Inc. and Cooper/T. Smith Mooring Co., Inc.

**PLEASE SEIZE:**
**THE M/V AMERICANA AT BUCK KREISH,**
**92.1 AHP OR WHEREVER FOUND IN THE DISTRICT**

1618868

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| CRESCENT TOWING AND SALVAGE CO., INC. and COOPER/T. SMITH MOORING CO., INC. | * * * | CIVIL ACTION NO.: 11-0131 |
| VERSUS | * | SECTION " " SECT. I MAG. 2 |
| M/V AMERICANA, her engines tackle and appurtenances, etc., *in rem* | * | MAGISTRATE ( ) |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**VERIFICATION**

STATE OF LOUISIANA

PRISH OF ORLEANS

BEFORE ME, came and appeared DAVID M. FLOTTE who being duly sworn did depose and say:

1. I am a member of the firm of Preis & Roy, an attorney in New Orleans, Louisiana, representing Crescent Towing and Salvage Co., Inc. and Cooper/T. Smith Mooring Co., Inc.;

2. I have read the foregoing Verified Complaint and all of the allegations are true and correct;

3. My knowledge is based upon facts provided to me by Phil Katz of Crescent Towing and Salvage Co., Inc. as well as my review of the facts and documentation; and

4. Conditions exist for the issuance of a Rule C attachment against the M/V AMERICANA, *in rem*, based upon a maritime lien for towage and mooring services provided by Crescent to the vessel, which are necessaries.

DAVID M. FLOTTE

SWORN TO AND SUBSCRIBED
BEFORE ME, THIS THE 21 DAY
OF January, 2011.

NOTARY PUBLIC

EZRA L. FINKLE
LA. BAR ROLL 32139
NOTARY PUBLIC
MY COMMISSION IS FOR LIFE.

1618872